## Commonwealth *v.* Howell, Appellant.

Submitted April 12, 1971. *John J. Dean* and *Sallie Ann Radick*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.